PS8
(8/88)

# United States District Court
## for the
## Eastern District of Michigan

U.S.A. vs. **RACHEL AYERS**          Docket No. **19-30409**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linsey Carson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Rachel Ayers** who was placed under pretrial release supervision on August 7, 2019, with standard and special conditions of release.

### Respectfully presenting petition for action of court and for cause as follows:

On March 24, 2022, a Bond Violation Hearing was held before Your Honor. On the record, it was ordered that bond is modified to include the following modification of conditions: participate in location monitoring (technology as determined by Pretrial Services) and Home Detention with essential leave as directed by Pretrial Services. A bond review will be scheduled in 60 days to assess the defendant's progress.

**ACCORDINGLY, BOND IS MODIFIED TO ADD THE FOLLOWING CONDITION:**

Submit to location monitoring with technology as determined by Pretrial Services under Home Detention with essential leave as directed by Pretrial Services and comply with all the program requirements and instructions provided. The Court waives the cost of the location monitoring program. Pretrial Services has 48 hours to install the defendant on the location monitoring equipment.

**ALL PREVIOUSLY IMPOSED CONDITIONS OF RELEASE REMAIN IN EFFECT.**

**PRAYING THE COURT WILL SCHEDULE A BOND REVIEW HEARING TO BE HELD IN 60 DAYS ON: _____.**

ORDER OF COURT

Considered and ordered this  25th  day of  March , 2022 and ordered filed and made a part of the records in the above case.

_Elizabeth A. Stafford_
Honorable Elizabeth A. Stafford
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2022

_Linsey Carson_
U.S. Pretrial Services Officer

Place: Detroit, Michigan
Date: March 25, 2022