UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                     Criminal No. 19-MJ-30409

v.

Rachel Ayers

    Defendant.

_____/

# MOTION AND BRIEF FOR LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against Rachel Ayers. In this case, the government needs additional time

1) to decide whether criminal prosecution of defendant for the offense(s) in question is in the public interest.

*See generally United States v. Lovasco*, 431 U.S. 783,790-96 (1977); 18 U.S.C. § 3161(d)(1). The government's ability to prosecute this case properly would be substantially impaired were it required to proceed to indictment or information within the 30-day period prescribed by the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h). Accordingly, the government requests leave to dismiss the complaint without prejudice.

Respectfully submitted,

                                            DAWN N. ISON
                                            United States Attorney

                                            *s/Matthew Roth*
                                            Matthew Roth
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI 48226
                                            matthew.roth2@usdoj.gov
                                            (313) 226-9186

Dated: July 20, 2022

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Linda D. Ashford

_s/Matthew Roth_
Matthew Roth
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
matthew.roth2@usdoj.gov
(313) 226-9186
