UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,          Case No. 19-mj-30409

vs.

RACHEL AYERS,          Judge Matthew F. Leitman
          Defendant.
_____/

## NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE
## AND
## CONCURRENCE WITH THE GOVERNMENT'S MOTION FOR LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

Defendant Rachel Ayers, by and through her attorney, Linda D. Ashford, gives notice of the withdrawal of her sealed motion to dismiss the complaint with prejudice. ECF No. 34. Defendant further gives notice of her concurrence with the government's motion for leave to dismiss complaint without prejudice. ECF No. 33, PageID.88-90.

          Respectfully submitted,

          Linda D. Ashford, P.C.

          s/ Linda D.Ashford
          Linda D. Ashford (P 29303)
          Attorney for Defendant
          615 Griswold Street, Suite 700
          Detroit, MI  48226
          Phone: (313) 525-0327

Dated: July 29, 2022          E-mail: ldashford@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Matthew Roth, Assistant United States Attorney and the Honorable Matthew F. Leitman.

                                              s/ Linda D. Ashford  
                                              Linda D. Ashford (P 29303)  
                                              Attorney for Defendant  
                                              615 Griswold Street, Suite 700  
                                              Detroit, MI   48226  
                                              Phone: (313) 525-0327